## Case No. 8,522.

### LOTTIMER v. REDFIELD.

[Cited in Greenleaf v. Schell, Case No. 5,782. Nowhere reported; opinion not now accessible.]